```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
M.F., an infant by her mother and natural
guardian DANISSA E. BRITO and DANISSA E. BRITO,
Individually,

                                        Plaintiffs,

                -against-

LOREN G. YELLIN and STANLEY YELLIN,

                                        Defendants.
----------------------------------------------------------------X
```

24-CV-2977 (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 20, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

All discovery deadlines in this case are extended by 120 days, as follows:

- Depositions of fact witnesses are now due **by May 15, 2025**;
- Requests for Admissions are now due **by June 2, 2025**;
- Fact discovery will now close on **June 2, 2025**;
- Affirmative expert reports are now due **by July 3, 2025**;
- Rebuttal expert reports are now due **by August 4, 2025**;
- Expert discovery will now close on **August 18, 2025**; and
- There shall be no amendments to the pleadings or joinder of parties absent a showing of good cause.

**By April 3, 2025**, the parties shall file a Joint Status Letter, updating the Court on the status of discovery and any settlement negotiations.

The parties are directed to the record of this proceeding for additional details on the topics covered and instructions provided by the Court.

**SO ORDERED.**

DATED:   New York, New York
February 20, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge