UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

M.F., an infant by her mother and natural guardian DANISSA E. BRITO and DANISSA E. BRITO, Individually,

                      Plaintiffs,

-against-

LOREN G. YELLIN and STANLEY YELLIN,

                      Defendants.
-----------------------------------------------------------------X

24-CV-2977 (KHP)

**SETTLEMENT CONFERENCE**
**REFERRAL ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The Honorable Robert W. Lehrburger will preside over a settlement conference in this matter. The parties are directed to contact Judge Lehrburger's chambers to schedule a settlement conference, proposing a mutually agreeable date for the conference.

    **SO ORDERED.**

DATED:    New York, New York
              February 24, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2025