# HENDERSON & BRENNAN
## COUNSELLORS AT LAW
235 MAMARONECK AVENUE
SUITE 302
WHITE PLAINS, N.Y. 10605-1320
TEL: (914) 761-2700
info@hendersonandbrennan.com

JOHN T. BRENNAN
BRIAN C. HENDERSON*
LAUREN J. DeMASE

*ALSO ADMITTED IN CONNECTICUT

FRANCIS J. HENDERSON
(1929-1994)

October 21, 2025

**Granted.**
**SO ORDERED:**
10/21/2025
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Magistrate Judge Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, New York 10007

Re:  **Brito v. Yellin**
Our File No.: 9575
Civil Case No.: 1:24-cv-02977-KHP

Dear Magistrate Judge Robert W. Lehrburger:

As the court is aware, this office represents the plaintiff in the above-entitled matter.

This case was settled at a Mediation held before you on August 28, 2025. At that time, it was discussed that I would submit, for the court to approve, a Compromise Order. This court had directed that it be submitted by today.

As the court is aware, after the Mediation, I received a Medicaid lien letter that I had requested. I have been working with No-Fault PIP Claims at Selective Insurance who issued payment of almost the entire amount of the Medicaid lien but to date said payment has not yet been processed by Medicaid. Therefore, I am still waiting for Medicaid to issue a final settlement letter and Lien Release.

In addition, my clients have decided to structure the settlement. Therefore, we are working with a structured settlement broker to finalize the future payout numbers.

I therefore request an additional 60 days to obtain the documents necessary to resolve the Medicaid lien and the future payout amounts.

Thank you for your consideration.

Respectfully yours,

*Lauren J. DeMase*
LAUREN J. DEMASE (LD8222)

LJD/nr
Cc:  Ondrovic & Platek, PLLC